United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                     Case No. 24-02941-MJC
Austin X. Jones                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Austin X. Jones, 506 S Irving Ave Apt 3, Scranton, PA 18505-2052 |
| 5668399 | + | Am Bapt Cu, 255 N. Lone Hill Ave., San Dimas, CA 91773-2308 |
| 5668406 | | Elan Fin Svcs/fulton, Cb Disputes, Saint Louis, MO 63166 |
| 5668413 | | Key Bank N.A., Attn: Bankruptcy OH-01-51-0622 4910 Tied, Brooklyn, OH 44144 |
| 5668416 | | Pelican State Credit Union, Attn: Member Solutions/Bankruptcy Dept 2, Baton Rouge, LA 70816 |
| 5668424 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5668425 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 5668426 | + | Upst/cubi, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5668398 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 06 2024 18:49:49 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5668400 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 18:39:26 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5671426 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 18:39:30 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5668401 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2024 18:39:26 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5668402 | | Email/Text: bankruptcy@connexuscu.org | Dec 06 2024 18:37:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 5668403 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 06 2024 18:37:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5668405 | | Email/Text: mrdiscen@discover.com | Dec 06 2024 18:37:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5668404 | + | Email/Text: GenLit@doc.gov | Dec 06 2024 18:37:00 | Department Of Comm F, 1401 Constitution Ave Nw, Washington, DC 20230-0002 |
| 5673524 | | Email/Text: mrdiscen@discover.com | Dec 06 2024 18:37:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5668407 | | Email/Text: mhassan@faicollect.com | Dec 06 2024 18:37:00 | Financial Assistance, Inc, Attn: Bankruptcy Attn: Bankruptcy, 1130 140th Ave NE , Ste 100A, Bellevue, WA 98005 |
| 5668408 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 06 2024 18:37:00 | First Commonwealth Bank, Attn: Legal Department 601 Philadelphia, Indiana, PA 15701-3952 |
| 5668409 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 06 2024 18:37:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5668410 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 06 2024 18:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5668411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 06 2024 18:37:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 5668412 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2024 18:39:30 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 5669497 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2024 18:49:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5668414 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2024 18:50:06 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5668415 | + | Email/Text: jlothrop@macu.com | Dec 06 2024 18:37:00 | Mountain America Credit Union, Attn: Bankruptcy 9800 S Monroe St, Sandy, UT 84070-4419 |
| 5668417 | | Email/Text: fesbank@attorneygeneral.gov | Dec 06 2024 18:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5668420 | + | Email/Text: bankruptcynotices@psecu.com | Dec 06 2024 18:37:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5668418 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5668419 | ^ | MEBN | Dec 06 2024 18:34:24 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5668421 | | Email/Text: resolutionrecovery@servicecu.org | Dec 06 2024 18:37:00 | Service Credit Union, Attn: Bankruptcy, PO Box 1268, Portsmouth, NH 03801 |
| 5668422 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 18:49:49 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5668423 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2024 18:39:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed

below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Austin X. Jones help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Austin X. Jones,                              Chapter        13

**Debtor 1**

                                              Case No.       5:24−bk−02941−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: February 10, 2025<br><br>Time: 08:30 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2024 |

ntnew341 (09/23)