UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| In re:<br><br>AUSTIN X. JONES<br><br><br><br>Debtor(s), | Bankruptcy No: 5:24-bk-02941-MJC<br><br>Chapter: 13<br><br>Judge: Honorable Mark J. Conway |
|---|---|

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Dkt. # 9 ("Motion"), and good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtor shall file any and all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 **on or before December 12, 2024** or the above-captioned case may be dismissed without further notice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 7, 2024